## Commonwealth *v.* Gittlemacker, Appellant.

Submitted March 24, 1970. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Paul W. Tressler,* Assistant

District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.